| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: WESTERN DISTRICT OF TEXAS | |
| Case number (if known) _____ Chapter **11** | ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Fulton Mercer Corporation

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names
  DBA Heritage Funeral Homes
  DBA Heritage Flower Shop
  DBA Heritage Crematory
  DBA Davis Morris Chapel
  DBA Jones Florist

**3. Debtor's federal Employer Identification Number (EIN)**  83-3054356

**4. Debtor's address**

Principal place of business:
300 N Bridge St
Brady, TX 76825
Number, Street, City, State & ZIP Code

McCulloch
County

Mailing address, if different from principal place of business
_____
P.O. Box, Number, Street, City, State & ZIP Code

Location of principal assets, if different from principal place of business
_____
Number, Street, City, State & ZIP Code

**5. Debtor's website (URL)**  www.heritagefuneraltx.com

**6. Type of debtor**
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **Fulton Mercer Corporation** Case number (*if known*)
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    **8122**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check **all** that apply*:

    ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No.
☑ Yes.

District **Western District of Texas** When **8/01/23** Case number **23-10590**
District   When   Case number

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 2

Debtor **Fulton Mercer Corporation** Case number (*if known*)
     Name

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | | Relationship | |
| District | | When | Case number, if known |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☑ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☑ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? **Debtor operates a funeral home and crematory.**

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** **300 N Bridge St**
**Brady, TX, 76825-0000**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☑ Yes. Insurance agency **Federated Insurance**

    Contact name
    Phone

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Fulton Mercer Corporation**
Name

Case number (*if known*)

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 6, 2024**
MM / DD / YYYY

**X** /s/ Jason Fulton
Signature of authorized representative of debtor

**Jason Fulton**
Printed name

Title **President**

**18. Signature of attorney**

**X** /s/ Amy WIlburn
Signature of attorney for debtor

Date **May 6, 2024**
MM / DD / YYYY

**Amy Wilburn**
Printed name

**Gravis Law, PLLC**
Firm name

**7350 Cirque Dr W Ste 102**
**University Place, WA 98467**
Number, Street, City, State & ZIP Code

Contact phone **253-525-5714**   Email address **awilburn@gravislaw.com**

**49583 WA**
Bar number and State

Official Form 201  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**  page 4

Fill in this information to identify the case:
Debtor name: **Fulton Mercer Corporation**
United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**
Case number (if known):

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Ally Bank<br>c/o AIS Portfolio Services LLC<br>4615 N Santa Fe Ave Dept APS<br>Oklahoma City, OK 73118 | | 2020 Chevrolet Suburban VIN: 1GNSCHKCXLR236801 | | $36,673.52 | $24,000.00 | $12,673.52 |
| Ally Bank<br>c/o AIS Portfolio Services LLC<br>4615 N Santa Fe Ave Dept APS<br>Oklahoma City, OK 73118 | | 2019 Cadillac XTS VIN: 2G61P5S35K9102281 | | $35,100.90 | $26,325.00 | $8,775.90 |
| American Hallmark<br>PO Box 901089<br>Fort Worth, TX 76101-2089 | | Insurance | | | | $13,178.00 |
| Amex<br>PO Box 7871<br>Fort Lauderdale, FL 33329 | | Revolving Account | | | | $80,000.00 |
| Aramark<br>22808 Network Place<br>Chicago, IL 60673-1228 | | Laundering Services | | | | $163,511.00 |
| Batesville Casket Company<br>PO Box 644559<br>Pittsburgh, PA 15264-4559 | | Supplier/Vendor | | | | $26,061.00 |
| Batesville Casket Company<br>PO Box 644559<br>Pittsburgh, PA 15264-4559 | | Supplier/Vendor | | | | $21,175.00 |

Official form 204  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims  page 1

Debtor **Fulton Mercer Corporation** Case number *(if known)* _____
     Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Batesville Casket Company<br>PO Box 644559<br>Pittsburgh, PA 15264-4559 | | Supplier/Vendor | | | | $20,224.96 |
| Batesville Casket Company<br>PO Box 644559<br>Pittsburgh, PA 15264-4559 | | Supplier/Vendor | | | | $17,959.00 |
| Central Insurance<br>PO Box 828<br>Van Wert, OH 45891 | | Insurance | | | | $10,000.00 |
| Everest Business Funding<br>8200 NW 52nd Terrace<br>2nd Floor<br>Miami, FL 33166 | | 90 days or less: Accounts Receivable | | $58,000.00 | $17,526.55 | $58,000.00 |
| Federated Insurance<br>PO Box 95231<br>Chicago, IL 60694-5231 | | Insurance | | | | $27,101.20 |
| First Business Specialty Finance LLC<br>11300 Tomahawk Creek Pkwy #100<br>Leawood, KS 66211-2700 | | Crematory Equipment | | $96,949.44 | $5,000.00 | $91,949.44 |
| Grasshopper Bank<br>915 Broadway<br>7th Floor<br>New York, NY 10010 | | Lien on personal property | | $667,441.41 | $309,635.55 | $357,805.86 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | | 2022 Corp, 2023 Q1, Q2, Q3 WT-FICA | | | | $40,155.55 |
| Jason Fulton<br>1172 Naruna Road<br>Lampasas, TX 76550 | | Monies loaned | | | | $229,700.00 |
| LG Funding LLC<br>1218 Union Street<br>Brooklyn, NY 11225 | | 90 days or less: Accounts Receivable | | $62,000.00 | $17,526.55 | $44,473.45 |
| Ronnie Halloway<br>PO Box 33<br>Pontotoc, TX 76869 | | Alleged amount owed for purchase of business | Disputed | | | $90,000.00 |

Official form 204      Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims      page 2

Debtor **Fulton Mercer Corporation**　　　　Case number *(if known)*
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Texas Comptroller of Public Accounts PO Box 13528 Austin, TX 78711** | | **Sales Tax** | | | | $8,321.68 |
| **Wilbert 5111 SE Loop 410 San Antonio, TX 78222** | | **Supplier/Vendor** | | | | $16,809.00 |

Ally Bank
c/o AIS Portfolio Services LLC
4515 N Santa Fe Avenue
Dept APS
Oklahoma City, OK 73118

Ally Bank
c/o AIS Portfolio Services LLC
4615 N Santa Fe Ave
Dept APS
Oklahoma City, OK 73118

American Hallmark
PO Box 901089
Fort Worth, TX 76101-2089

Amex
PO Box 7871
Fort Lauderdale, FL 33329

Aramark
22808 Network Place
Chicago, IL 60673-1228

Batesville Casket Company
PO Box 644559
Pittsburgh, PA 15264-4559

Brown County Appraisal District
403 Fisk Ave
Brownwood, TX 76801-2929

Brown County Tax Assessor/Collector
403 Fisk Avenue
Brownwood, TX 76801-2929

Central Insurance
PO Box 828
Van Wert, OH 45891

Citizens National Bank
118 S Houston
Cameron, TX 76520

Everest Business Funding
8200 NW 52nd Terrace
2nd Floor
Miami, FL 33166


Federated Insurance
PO Box 95231
Chicago, IL 60694-5231


First Business Bank
401 Charmany Drive
Madison, WI 53719


First Business Speciality Finance LLC
von Briesen & Roper, SC
10 E Doty Street
Suite 900
Madison, WI 53703-3390


First Business Specialty Finance LLC
11300 Tomahawk Creek Pkwy
#100
Leawood, KS 66211-2700


Grasshopper Bank
915 Broadway
7th Floor
New York, NY 10010


Greenleaf Cemetary Association
2701 Hwy 377 S
Brownwood, TX 76801


Incredible Bank
PO Box 777
Wausau, WI 54402


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


James Mercer
1172 Naruna Road
Lampasas, TX 76550

Jason Fulton
1172 Naruna Road
Lampasas, TX 76550


John T Banks
Perdue Brandon Fielder Collins & Mott
3301 Northland Drive
Suite 505
Austin, TX 78731


Julie Anne Parsons
McCreary Veselka Bragg & Allen, PC
PO Box 1269
Round Rock, TX 78680-1269


Karl Quibe, Esq
5400 Bosque Blvd
Waco, TX 76710


Lamar Companies
PO Box 746966
Atlanta, GA 30374


Lampasas Central Appraisal District
PO Box 175
Lampasas, TX 76550


LG Funding LLC
1218 Union Street
Brooklyn, NY 11225


McCulloch County Appraisal District
306 W Lockhard Street
Brady, TX 76825-4113


Menard County Appraisal District
PO Box 1008
Menard, TX 76859


Michael P. Menton
3333 Lee Parkway
Eighth Floor
Dallas, TX 75219

```
PNC Bank NA
PO Box 747066
Pittsburgh, PA 15274-7066


Ronnie Halloway
PO Box 33
Pontotoc, TX 76869


Santander  Consumer USA Inc
dba Chrysler capital
PO Box 961278
Fort Worth, TX 76161


Santander Bank
75 State Street
Boston, MA 02109


SettlePou
3333 Lee Parkway
Eighth Floor
Dallas, TX 75219


Shaw Cowart LLP
1609 Shoal Creek
Suite 301
Austin, TX 78701


Small Business Administration
409 3rd St. SW
Washington, DC 20416


Texas Comptroller of Public Accounts
PO Box 13528
Austin, TX 78711


Total Office Solutions
1601 N Lee Ave
Odessa, TX 79761


Wilbert
5111 SE Loop 410
San Antonio, TX 78222
```

```
William Itza Hernandez
c/o Hernandez Law Firm
16850 Dallas Parkway
Dallas, TX 75248
```

# United States Bankruptcy Court
## Western District of Texas

In re **Fulton Mercer Corporation**
Debtor(s)

Case No.
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Fulton Mercer Corporation** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**James Mercer**
**1172 Naruna Road**
**Lampasas, TX 76550**

**Jason Fulton**
**1172 Naruna Road**
**Lampasas, TX 76550**

☐ None [*Check if applicable*]

**May 6, 2024**
Date

**/s/ Amy Wilburn**
**Amy Wilburn**
Signature of Attorney or Litigant
Counsel for **Fulton Mercer Corporation**
**Gravis Law, PLLC**
**7350 Cirque Dr W Ste 102**
**University Place, WA 98467**
**253-525-5714**
**awilburn@gravislaw.com**